```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 19601
   GINA SMITH
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-1405


------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 10/23/2007 and was confirmed 03/31/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors   25.00%.

     The case was dismissed after confirmation 12/01/2008.
------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                             PAID            PAID
------------------------------------------------------------------------
ROUNDUP FUNDING LLC       UNSECURED          1445.70          .00             .00
CAPITAL ONE               UNSECURED          1131.78          .00             .00
SOUTH COMMONS PHASE I CO  SECURED               .00           .00             .00
WASHINGTON MUTUAL BANK    CURRENT MORTG         .00           .00             .00
WASHINGTON MUTUAL BANK    MORTGAGE ARRE     20554.60          .00             .00
WASHINGTON MUTUAL HOME L  CURRENT MORTG         .00           .00             .00
INTERNAL REVENUE SERVICE  UNSECURED           946.06          .00             .00
ASPIRE                    UNSECURED         NOT FILED         .00             .00
CAPITAL ONE BANK          UNSECURED         NOT FILED         .00             .00
CITIFINANCIAL             UNSECURED         NOT FILED         .00             .00
CITY OF CHICAGO PARKING   UNSECURED         10415.00          .00             .00
CHGO MUNICLP              UNSECURED         NOT FILED         .00             .00
HSBC ORCHARD BANK         UNSECURED         NOT FILED         .00             .00
US DEPT OF EDUCATION      FILED LATE       121522.70          .00             .00
SOUTH COMMONS PHASE       UNSECURED         NOT FILED         .00             .00
TCF NATIONAL BANK         UNSECURED         NOT FILED         .00             .00
INTERNAL REVENUE SERVICE  PRIORITY           4457.23          .00             .00
WASHINGTON MUTUAL         NOTICE ONLY       NOT FILED         .00             .00
SOUTH COMMONS PHASE I CO  SECURED           10344.00          .00           2600.00
DEBRA J VORHIES LEVINE    ATTORNEY           3300.00          .00           3300.00
DAVID P LEIBOWITZ         SPECIAL CLASS      4000.00          .00             .00
ILLINOIS DEPT OF REV      PRIORITY           3376.31          .00             .00
ILLINOIS DEPT OF REV      UNSECURED           564.97          .00             .00
LEHMAN & FOX              DEBTOR ATTY           .00                           .00
TOM VAUGHN                TRUSTEE                                           509.29
DEBTOR REFUND             REFUND                                          2,915.71

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                      RECEIPTS             DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE               9,325.00

                  PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 19601 GINA SMITH
```

```
PRIORITY                                                             .00
SECURED                                                         2,600.00
UNSECURED                                                            .00
ADMINISTRATIVE                                                  3,300.00
TRUSTEE COMPENSATION                                              509.29
DEBTOR REFUND                                                   2,915.71
                                        ---------------   ---------------
TOTALS                                         9,325.00          9,325.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 03/09/09                    /s/ Tom Vaughn
                                   _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE




                              PAGE   2
        CASE NO. 07 B 19601 GINA SMITH